UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRINA GALANOVA,

                Plaintiff,

      -against-

MORGAN STANLEY SERVICES GROUP INC.,

                Defendant.

23-CV-0183 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant Morgan Stanley Services Group Inc. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           1/13/2023

                                                  JOHN G. KOELTL
                                                  United States District Judge