UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRINA GALANOVA,

                Plaintiff,

- against -

MORGAN STANLEY SERVICES GROUP INC.,

                Defendant.

23-cv-183 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On January 13, 2023, this Court entered an Order of Service directing the pro se plaintiff to serve the summons and complaint on the defendant within 90 days of the issuance of the summons, and advising the plaintiff that failure to serve or request an extension of time to do so could result in dismissal for failure to prosecute. See ECF No. 3. The 90-day deadline to serve the defendant has elapsed, and no proof of service or request for an extension of time has been filed. Accordingly, the time for the plaintiff to serve the defendant is **extended** to **May 25, 2023**. The plaintiff is again advised that failure to serve the defendant by that date may result in dismissal of the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.

Dated:    New York, New York
            April 25, 2023

                                          John G. Koeltl
                                United States District Judge