UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRINA GALANOVA,                                      23-cv-183 (JGK)

            Plaintiff,                ORDER

    - against -

MORGAN STANLEY SERVICES GROUP INC.,

            Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of defendant Morgan Stanley Services Group Inc.'s ("Morgan Stanley") letter seeking sua sponte dismissal of the amended complaint in this action. ECF No. 14. The request for sua sponte dismissal is **denied**.

    Morgan Stanley may move to dismiss the plaintiff's complaint at any time on or before **June 20, 2023,** see ECF No. 10, without a pre-motion conference.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
          May 1, 2023

                                              John G. Koeltl
                                        United States District Judge