UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRINA GALANOVA,

                  Plaintiff,          23-cv-183 (JGK)

      - against -               ORDER

MORGAN STANLEY SERVICES GROUP INC.,
ET AL.,

                  Defendants.

JOHN G. KOELTL, District Judge:

    The Clerk is directed to mail a copy of ECF No. 19 to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          May 26, 2023

                                     John G. Koeltl
                             United States District Judge