UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRINA GALANOVA,  23-cv-183 (JGK)

          Plaintiff,  ORDER

- against -

MORGAN STANLEY SERVICES GROUP INC.,
ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants have filed a motion seeking to compel arbitration and stay the action. ECF No. 21. The plaintiff may respond by **July 11, 2023**. The defendants may reply by **July 21, 2023**. The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
          June 21, 2023

                                        John G. Koeltl
                              United States District Judge