UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRINA GALANOVA,

              Plaintiff,          23-cv-183 (JGK)

    - against -               ORDER

MORGAN STANLEY SERVICES GROUP INC.,
ET AL.,

              Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff's response to the defendants' motion to compel arbitration was due on July 11, 2023. ECF No. 21. To date, no response has been filed. The plaintiff's time to respond to the motion is extended to **August 18, 2023.** The defendants may reply by **September 7, 2023.** If the plaintiff fails to file a response by the August 18, 2023 deadline, the motion will be decided on the current papers.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
             July 28, 2023

                                      John G. Koeltl
                                United States District Judge