UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

IRINA GALANOVA,                              23-cv-183 (JGK)

                Plaintiff,             ORDER

      - against -

MORGAN STANLEY SERVICES GROUP INC.,

                Defendant.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendants filed their motion to compel arbitration on June 20, 2023. ECF No. 21. The Court directed the plaintiff to respond to the motion by July 11, 2023. ECF No. 24. On July 28, 2023, the Court extended the time for the plaintiff to respond to the motion to August 18, 2023, and advised the plaintiff that "[i]f the plaintiff fails to file a response by the August 18, 2023 deadline, the motion will be decided on the current papers." ECF No. 26. To date, the plaintiff has not filed a response.

    Accordingly, the defendants' motion to compel arbitration will be decided on the current papers. The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the motion to compel arbitration.

**SO ORDERED.**

Dated:    New York, New York
           September 7, 2023

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge