United States District Court
Southern District of New York

---

IRINA GALANOVA,

                Plaintiff,        23-cv-183 (JGK)

    - against -                ORDER

MORGAN STANLEY SERVICES GROUP INC.,
ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should advise the Court regarding the status of this case by **October 10, 2024**.

SO ORDERED.

Dated:    New York, New York
           September 26, 2024

                                          John G. Koeltl
                                   United States District Judge