UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
IRINA GALANOVA,

                    Plaintiff,

    - against -

MORGAN STANLEY SERVICES GROUP,
INC., ET AL.,

                    Defendants.
------------------------------------------------

23-cv-183 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court granted the defendants' motion to compel arbitration on September 22, 2023. The defendants advise that no arbitration has been instituted. The Clerk is respectfully directed to close this case on the active docket of the Court. If any timely arbitration is commenced, the plaintiff may move for restoration of the case to the docket of the Court.

SO ORDERED. *The Clerk should mail a copy of this Order to the pro se plaintiff and note service on the docket of the court.*

Dated: New York, New York
      October 11, 2024

                                /s/ John G. Koeltl
                                John G. Koeltl
                                United States District Judge